# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3452
_____

TERRENCE PELLET,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


April 20, 2026


PER CURIAM.

DISMISSED.

BILBREY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terrence Pellet, pro se, Petitioner.

No appearance for Respondent.